IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES FOX,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No.  CIV-S-12-1187-WBS KJN

ORDER

    On May 10, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

    1. The Proposed Findings and Recommendations filed May 10, 2012, are ADOPTED;

1

2. Plaintiff's application to proceed in forma pauperis (Dkt No. 2) is denied; and

3. Plaintiff shall pay the filing fee of $350.00 within twenty-one days from the date of this order, or the Clerk of Court is directed to close this file.

DATED:   June 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fox1187.3.jo