BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES FOX, | CASE NO. 2:12-cv-01187-WBS-KJN |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby stipulate that this matter shall be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

DATED: December 6, 2012

*s/ James M. Dolenga*
JAMES M. DOLENGA
(as authorized by email)

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: December 6, 2012     By     *s/ Daniel P. Talbert*
 DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, it is so ordered.

DATE:   December 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Proposed Order to Dismiss          1